# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 26-11258 FMO (PDx)** | Date | **October 21, 2026** |
| Title | **Golden West Food Group, Inc., et al. v. B&E Foods LLC, et al.** | | |

| | |
|---|---|
| Present: The Honorable | Fernando M. Olguin, United States District Judge |

| | | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| | |
|---|---|
| Attorney Present for Plaintiff(s): | Attorney Present for Defendant(s): |
| None Present | None Present |

**Proceedings: (In Chambers) Order to Show Cause Re: Jurisdiction**

On September 28, 2026, plaintiffs filed this action against B&E Foods LLC and Rowena Packing, LLC. (See Dkt. 1, Complaint). Federal subject matter jurisdiction is premised on diversity jurisdiction. (See id. at ¶ 3). However, plaintiffs failed to set forth sufficient allegations for the court to determine defendants' citizenship. (See, generally, id. at ¶ 7). Accordingly, IT IS ORDERED THAT plaintiffs shall file a First Amended Complaint setting forth defendants' citizenship no later than **October 28, 2026**. Failure to file a First Amended Complaint by the deadline set forth above shall be deemed as consent to the dismissal of the action without prejudice for lack of jurisdiction and/or failure to comply with a court order. See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962); Edwards v. Marin Park, Inc., 356 F.3d 1058, 1065 (9th Cir. 2004) ("The failure of the plaintiff eventually to respond to the court's ultimatum – either by amending the complaint or by indicating to the court that it will not do so – is properly met with the sanction of a Rule 41(b) dismissal."); Ferdik v. Bonzelet, 963 F.2d 1258, 1260-63 (9th Cir. 1992) (affirming dismissal for failure to file amended complaint as ordered by district court).

| | | |
|---|---|---|
| | 00 | : 00 |
| Initials of Preparer | vdr | |